UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

STATE UNIVERSITY OF NEW YORK
and
DAVID PATTERSON SILVER WOLF,

                   Plaintiffs,                  ORDER

    vs.

                                                   10-CV-0431(S)

RODNEY HARING, in his individual
capacity, and HON. DARLENE SENECA,
HON. SHELLY HUFF, and HON. CYNTHIA
REDEYE, in their official capacities as
Peacemakers of the Seneca Nation of Indians,

                   Defendants.

---

## ORDER GRANTING EXPEDITED HEARING

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 7.1(d), plaintiffs moved this Court for an Order expediting the hearing and decision of the plaintiffs' contemporaneously-filed motion for a temporary restraining order and preliminary injunction against the defendants, enjoining and restraining them from proceeding and/or exercising jurisdiction in <u>Rodney Haring v. David Patterson Silver Wolf, et al.</u>, CA 1120-09-1, an action pending in the Peacemakers' Court, Cattaraugus Reservation, of the Seneca Nation of Indians, during the pendency of this action.

On plaintiffs' motion seeking an expedited hearing, the Complaint filed in this action, the supporting Declaration with exhibits of Darren Longo, Assistant Attorney General, dated October 20, 2010, and the underlying motion papers, including the Declaration with exhibits of David Patterson, dated October 20, 2010, the Declaration of Darren

Longo, Assistant Attorney General, dated October 20, 2010, and the plaintiffs' Memorandum of Law dated August 20, 2010, it is hereby

ORDERED that the plaintiffs' motion for an expedited hearing is granted in all respects: and it is further

ORDERED that plaintiffs shall serve their motion seeking injunctive relief, together with all papers on which it is based, on defendant Haring via email to the Law Offices of Scott C. Printup, 6660 East Eden Road, Hamburg, NY 14075, and on defendants Seneca, Huff, and Redeye, via electronic filing to Riyaz J. Kanji, Esq.,

Kanji & Katzen, PLLC, 101 North Main Street, Suite 555, Ann Arbor, MI 48104, rkanji@kanjikatzen.com, no later than 5:00 a.m./p.m. on October 21, 2010; and it is further

ORDERED that Defendants shall serve their responding papers via CM/ECF and, as to the Court, by hand delivery on Chambers, by or before 12:00 a.m./p.m. on October 26, 2010;

and it is further

ORDERED that the hearing shall be on October 28, 2010 at 9:00 a.m./p.m.

SO ORDERED.

HON. WILLIAM M. SKRETNY
Chief Judge
United States District Court
10/21/10